# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

135729

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                 SC: 135729
                                 COA: 273370

KEYAIN CORY TOPLIN,
         Defendant-Appellant.
                                 Wayne CC: 06-005560-01

_____/

      On order of the Court, the application for leave to appeal the January 10, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008                                        
t0421                                                        Clerk